UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT, LLC
and DIAMOND RESORTS
INTERNATIONAL, INC.,**

      **Petitioners,**

v.          Case No: 6:16-cv-1695-Orl-41DCI

**KAY GUTIERREZ,**

      **Respondent.**
_____/

**ORDER**

THIS CAUSE is before the Court on Petitioners' Motion for Default Final Judgment ("Motion," Doc. 25). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 28), recommending that Petitioners' Motion be granted in part and denied in part.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Petitioners' Motion for Default Final Judgment (Doc. 25) is **GRANTED in part**.

3. The Arbitration Award (Doc. 1-1) is **CONFIRMED**.

4. The Clerk is directed to enter judgment in favor of Petitioners and against Respondent in the amount of $260,902.52, plus post-judgment interest thereon at the legal rate.

5. In all other respects, Petitioners' Motion for Default Final Judgment is **DENIED**.

6. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record